DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:02-cr-002-JDR |
| | ) | |
| Plaintiff, | ) | NOTICE TO DISCONTINUE |
| | ) | ELECTRONIC SERVICE |
| JAY AKIRA LEIVDAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah

M. Smith, Acting United States Attorney for the District of Alaska, and hereby

requests the Court no longer electronically serve pleadings in the above-captioned

case on Assistant U.S. Attorney Stephen Cooper.  Assistant U.S. Attorney Richard

Pomeroy is the lead attorney in this matter.

RESPECTFULLY submitted this 20th day of March, 2006, at Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
>     s/ Richard L. Pomeroy
> RICHARD L. POMEROY
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-3224
> E-mail: richard.pomeroy@usdoj.gov